UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONOVAN EASY, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

SERVICES FOR THE UNDERSERVED, INC.,

        Defendant.

Case No.: 1:24-cv-05868

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff DONOVAN EASY hereby accepts and provides notice that he has accepted Defendant's Offer of Judgment dated January 8, 2025, and annexed hereto as **Exhibit A**.

Dated: January 9, 2025

        Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendant's counsel of record in this matter:

Alexandra L. Robins
KAUFMAN DOLOWICH LLP
245 Main Street, Suite 330
White Plains, New York 10601
srobins@kaufmandolowich.com
*Attorneys for Defendant*

By: _____
C.K. Lee, Esq.