UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONOVAN EASY, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

SERVICES FOR THE UNDERSERVED, INC.,

                Defendant.

Case No.: 1:24-cv-05868

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP") Defendant SERVICES FOR THE UNDERSERVED, INC., hereby makes an offer of judgment to Plaintiff DONOVAN EASY in the following amount: Thirty Thousand Dollars ($30,000), which sum is inclusive of any and all costs now accrued, including interest, expenses, and fees, including attorneys' fees, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated January 8, 2025 and filed as Exhibit A to Docket Number 12;

**WHEREAS**, on January 9, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 12);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff DONOVAN EASY, in the sum of $30,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated January 8, 2025 and filed as Exhibit A to Docket Number 12. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: January 13, 2025
      New York, New York

                                                  Edgardo Ramos, U.S.D.J.